Case 7:23-cv-00052   Document 13   Filed on 10/03/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 03, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, | § |
| Plaintiff, | § |
| v. | § Civil Action No. 7:23-cv-00052 |
| 1) JMH LLC, individually, and d/b/a PECKER'S SCRATCH KITCHEN, and d/b/a PECKER'S NEIGHBORHOOD BAR & GRILL, *et al.*, | § |
| Defendants. | § |

## ORDER ON PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

On this day, the Court considered *Plaintiff's Notice of Dismissal Without Prejudice* ("Notice of Dismissal") submitted by Plaintiff G&G Closed Circuit Events, LLC in the above-numbered and styled cause. Pursuant to the Notice of Dismissal, Plaintiff has provided notice of its intent to dismiss its claims against Defendants (1) JMH LLC, individually, and d/b/a Pecker's Scratch Kitchen, d/b/a Pecker's Neighborhood Bar & Grill; and (2) Jack Jason Hanks, individually, and d/b/a b/a Pecker's Scratch Kitchen, d/b/a Pecker's Neighborhood Bar & Grill (the "Defendants") without prejudice to the re-filing of same.

IT IS, THEREFORE, ORDERED that Plaintiff's claims against Defendants are dismissed without prejudice.

SO ORDERED October 3, 2023, at McAllen, Texas.

*Randy Crane*
Randy Crane
United States District Judge

Randy Crane
Chief United States District Judge